DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JORGE ALONZO-ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>JORGE ALONZO-ANDRADE,         )<br>                              )<br>            Defendant.        )<br>_____) | NO. 2:11-cr-00300-KJM<br><br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: September 1, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JORGE ALONZO-ANDRADE, that the status conference hearing date of September 1, 2011 be vacated, and the matter be set for status conference on September 8, 2011 at 10:00 a.m.

     The reason for this continuance is to allow the defense time to review the PSR and plea agreement with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 8, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local

1 | Code T4 based upon continuity of counsel and defense preparation.

DATED: August 30, 2011.                    Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Public Defender


                                           /s/ Caro Marks
                                           CARO MARKS
                                           Designated Counsel for Service
                                           Attorney for Jorge Alonzo-Andrade

DATED: August 30, 2011.                    BENJAMIN WAGNER
                                           United States Attorney


                                           /s/ Caro Marks for
                                           MICHELE BECKWITH
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 1, 2011, status conference hearing is continued to September 8, 2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 8, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  August 30, 2011.

_____
UNITED STATES DISTRICT JUDGE